**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7176

- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,            :
JOHN WILEY & SONS, INC. AND
CENGAGE LEARNING INC.               :

               Plaintiffs,   :

    -against-                         :   08 Civ.

ANAYA INC., AJANMA INC.,            :
VIVEK MANPURIA AND RAKHI GUPTA
ALL D/B/A ANAYA AND JOHN DOE        :
NOS. 1-5,
                                    :
               Defendants.
                                    :

- - - - - - - - - - - - - - - - - x



RULE 7.1 STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 8/12/08

_____
SIGNATURE OF ATTORNEY