UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 7176**

---------------------------------x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC. AND
CENGAGE LEARNING INC.

                Plaintiffs,

   -against-                       08 Civ.

ANAYA INC., AJANMA INC.,
VIVEK MANPURIA AND RAKHI GUPTA
ALL D/B/A ANAYA AND JOHN DOE
NOS. 1-5,

                Defendants.

---------------------------------x

RECEIVED AUG 12 2008 U.S.D.C. S.D. N.Y. CASHIERS

RULE 7.1 STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cengage Learning Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 8/12/08

                                          SIGNATURE OF ATTORNEY