08 CV 7176

JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,              :
JOHN WILEY & SONS, INC. AND
CENGAGE LEARNING INC.                 :

                Plaintiffs,  :

    -against-                        :         08 Civ.

ANAYA INC., AJANMA INC.,              :
VIVEK MANPURIA AND RAKHI GUPTA
ALL D/B/A ANAYA AND JOHN DOE          :
NOS. 1-5,
                                      :

                Defendants.
                                      :
- - - - - - - - - - - - - - - - - - x

RECEIVED
AUG 12 2008
U.S.D.C. S.D. N.Y.
CASHIERS

RULE 7.1 STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Pearson Education, Inc., certifies that it is an indirect wholly owned subsidiary of Pearson plc, a U.K. company which is publicly traded on the London Stock Exchange and which trades American Depository Shares on the New York Stock Exchange, each representative of one ordinary share of Pearson plc stock. Pearson Education, Inc., also certifies that it has the following indirect corporate affiliates that have securities or other interests that are publicly held and which are traded on

the exchanges indicated: Data Broadcasting Corporation (NYSE); MarketWatch.com, Inc. (Nasdaq); Recoletos Groupo de Comunicacion SA (Stuttgart, Madrid, Berlin, Munich, Frankfurt and Xerta).

DATE: 8/12/08

_____
SIGNATURE OF ATTORNEY